IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL DEVELOPMENT CORPORATION, <br>     Plaintiff, <br><br> v. <br><br> ADVENTIVE IDEAS, LLC and <br> SIMON N. RICHMOND, <br>     Defendants. | § § § § § § § § § § | CIVIL ACTION NO. 4:08-CV-111-RAS |

**ORDER ON DEFENDANTS'**
**REQUEST FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Before the court is Defendants Adventive Ideas, LLC and Simon N. Richmond's pro se Request for Extension of Time to Respond to Complaint (Doc. No. 13), filed April 28, 2008, in which Defendants request a 30-day extension of the deadline to answer or otherwise respond to Plaintiff's Complaint. Because this request is for only a 30 day extension, the court will not expend the considerable time it would take to resolve the issue of whether Richmond was evading service of process. Accordingly, Defendants' motion is **GRANTED**. The Defendants shall file their responses to the Complaint by May 28, 2008.

In addition, the court reminds Defendant Simon Richmond that he may not represent Defendant Adventive Ideas, LLC *pro se*. It is a well-settled rule of law that a corporation or other unincorporated association cannot appear in federal court unless represented by a licensed attorney. Memon v. Allied Domecq QSR, 385 F.3d 871, 873 (5th Cir. 2004). Accordingly, Defendant Adventive Ideas, LLC is **ORDERED** to refrain from the filing of any further pleadings with this court unless signed by a licensed attorney.

    **IT IS SO ORDERED.**
        **SIGNED this the 16th day of May, 2008.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE